7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* James Andrew Herron and Susan Nichole Herron
**Debtor**

**Patricia A. Brown**
    Plaintiff(s)

v.

**James Andrew Herron**
**Susan Nichole Herron**
    Defendant(s)

*Bankruptcy Case No.*
12−30549−can7

*Adversary Case No.*
15−03011−can

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED**: that the Debtors bankruptcy discharge is revoked pursuant to 11 U.S.C. § 727(D)(2). Each side to bear its own costs.

PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 2/5/16

Court to serve